UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIJIOKE ISAMADE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PARKER-WRIGHT, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-0358 AC P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se. On May 3, 2024, defendants filed a motion to compel written discovery. ECF No. 18. Plaintiff has not opposed the motion.

　　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days after the service of this order, plaintiff shall file and serve an opposition to the motion to compel or a statement of non-opposition. Failure to comply with this order will be deemed a waiver of any opposition to the motion. See L.R. 230(l).

DATED: June 11, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1