UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIJIOKE ISAMADE,<br><br>  Plaintiff,<br><br>  v.<br><br>PARKER-WRIGHT, et al.,<br><br>  Defendants. | No. 2:22-cv-0358 AC P<br><br><br><br>ORDER |

Plaintiff filed motions for extension of time to file a complete response to defendants' motion for summary judgment. He states that he has sent an initial copy of his opposition but that he was unable to complete it due to being transferred. ECF No. 23-2 at 2. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time (ECF Nos. 23-2, 24) are GRANTED; and

2. Plaintiff shall have thirty days from the service of this order to file a supplemental opposition to defendants' motion for summary judgment.

DATED: September 3, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE