UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIJIOKE ISAMADE,<br><br>    Plaintiff,<br><br>    v.<br><br>PARKER-WRIGHT, et al.,<br><br>    Defendants. | No. 2:22-cv-0358 AC P<br><br><br>ORDER |

Plaintiff filed a motion for a ninety-day extension of time to file a supplemental opposition to defendants' motion for summary judgment. Good cause appearing, the motion will be granted. However, plaintiff is cautioned that further extension of time are unlikely to be granted absent a showing of extraordinary circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 27) is GRANTED; and

2. Plaintiff is granted ninety days from the service of this order in which to file a supplemental opposition to defendants' motion for summary judgment.

DATED: October 4, 2024

                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE