UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIJIOKE ISAMADE, | No. 2:22-cv-0358 AC P |
| Plaintiff, | |
| v. | ORDER |
| PARKER-WRIGHT, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding pro se, has filed a motion in which he appears to seek a stay of this action until he is released from a crisis bed.  ECF No. 34.

  Plaintiff was previously granted leave, and later an extension of time, to file a supplemental opposition to defendants' motion for summary judgment.  ECF Nos. 25, 29.  That deadline was plaintiff's only pending deadline in this case.  On January 13, 2025, the court received plaintiff's supplemental opposition, which is timely by operation of the prison mailbox rule.  ECF No. 37.  Plaintiff therefore has no currently pending deadlines and there is no further action required of him while the motion for summary judgment remains pending.  It therefore appears there are no grounds to extend or stay briefing on the motion for summary judgment and the motion for stay will therefore be denied.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's motion to stay proceedings (ECF No. 34) is DENIED; and

1

2. Within twenty-one days of the service of this order, defendants may file a reply to plaintiff's supplemental opposition to their motion for summary judgment. Upon filing of a reply or the expiration of such time, the motion will be deemed fully submitted.

DATED: January 16, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE