UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIJIOKE CHUKWUMA ISAMADE,<br>Plaintiff,<br>v.<br>PARKER-WRIGHT, et al.,<br>Defendants. | No. 2:22-cv-0358 DC AC P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff filed a pro se civil rights complaint in February 2022, while incarcerated, and the undersigned recommended in September 2025 that summary judgment be granted to defendants. See ECF Nos. 1, 51. While the Findings and Recommendations regarding summary judgment were pending before the assigned U.S. District Judge, plaintiff died. See ECF Nos. 60, 61. Because plaintiff's successor-in-interest has taken no action to substitute into the case and the time to do so has expired, the undersigned now recommends that this case be dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1).

Defendants filed two Suggestion of Death notices in this case, on two consecutive dates, naming two different successors-in-interest for plaintiff. ECF No. 60 (filed June 29, 2026); ECF No. 61 (filed June 30, 2026). The undersigned promptly ordered defendants to confirm the identity of the correct successor-in-interest, and to inform the court whether the first-filed Notice had been filed in error and should therefore be stricken from the docket. ECF No. 62. In

addition, defendants were directed to either (1) provide an amended certificate of service showing that they had accomplished service in compliance with California Code of Civil Procedure § 415.30, or (2) re-serve the statement noting death on plaintiff's correct successor-in-interest (and any other potentially interested parties they intend to notify) in a manner that complies with the Federal Rules of Civil Procedure. Id. On July 7, 2026, defendants filed a Notice of Compliance confirming the identity of the correct successor-in-interest, and that service of the Suggestion of Death was accomplished in accordance with California Code of Civil Procedure § 415.30. ECF No. 63. Defendants also attached the signed Acknowledgment of Receipt consistent with California Code of Civil Procedure § 415.30. Id. at 2. By Minute Order dated August 6, 2026, the undersigned struck the first-filed Suggestion of Death (ECF No. 60) and advised the parties that because the identified successor-in-interest had been properly served, the case would be dismissed if no motion to substitute was filed by October 2, 2026. ECF No. 64.

Pursuant to Federal Rule of Civil Procedure 25(a)(1), if a motion for substitution "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." That time period has now expired and no motion for substitution has been filed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after service of these findings and recommendations, any written objections may be filed with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 13, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE