UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIJIOKE CHUKWUMA ISAMADE,<br>Plaintiff,<br>v.<br>PARKER-WRIGHT, et al.,<br>Defendants. | No. 2:22-cv-00358-DC-AC (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 22, 51, 54, 65) |

Plaintiff filed a pro se civil rights complaint in February 2022, while incarcerated, seeking relief under 42 U.S.C. § 1983. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. In September 2025, the U.S. Magistrate Judge recommended that summary judgment be granted to defendants. ECF No. 51. While those Findings and Recommendations were pending before the undersigned, plaintiff died. See ECF Nos. 60, 61.

Because plaintiff's successor-in-interest has taken no action to substitute into the case and the time to do so has expired, the magistrate judge filed findings and recommendations recommending that this case be dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 65. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations dated October 14, 2026 (ECF No. 65) are ADOPTED;
2. All other pending motions (ECF Nos. 22, 51, 54) are denied as having been rendered moot;
2. This action is dismissed; and
3. This Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Dena Coggins
United States District Judge